# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| Debtor: | JACOB CHRISTIAN SMITH & SHIHO RENEE MIKI |
| Case Number: | 2:09-bk-20208-GBN  Chapter: 11 |
| Date / Time / Room: | THURSDAY, MAY 20, 2010 09:30 AM  7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

### Matter:

CONTINUED HEARING RE: PLAN CONFIRMATION. (FR. 04-05)

R / M #: 28 / 0

### Appearances:

PATTY CHAN, US TRUSTEE
NASSER U. ABUJBARAH, ATTORNEY FOR JACOB CHRISTIAN SMITH, SHIHO RENEE MIKI
DARYL J. DORSEY, ATTORNEY FOR HSBC

### Proceedings:

MR. ABUJBARAH RELATES THAT THERE ARE TWO OBJECTIONS AND GOES ON TO REQUEST AN EVIDENTIARY HEARING IN SIXTY DAYS ON VALUATION AND IF THIS THE PRIMARY RESIDENCE. IT IS ADDED THAT HE TRYING TO REACH A RESOLUTION WITH AURORA.

MR. DORSEY STATES THAT HE DOES NOT THINK THAT THEY CAN GET AROUND THE OBJECTION WITHOUT AN EVIDENTIARY HEARING.

MR. ABUJBARAH INFORMS THE COURT THAT BALLOTS HAVE BEEN SENT OUT THREE TIMES.

THE COURT: A ONE HOUR EVIDENTIARY HEARING ON THE THE OBJECTION TO PLAN CONFIRMATION FILED BY HSBC. IT IS ORDERED THAT NO LATER THAN JULY 15, 2010, THE PARTIES ARE TO FILE AND SERVE THEIR LIST OF WITNESSES AND A LIST OF THE EXHIBITS THEY INTEND TO UTILIZE, INCLUDING IMPEACHMENT MATERIAL; ITEMS NOT SO DISCLOSED WILL NOT BE CONSIDERED. A CONTINUED PLAN CONFIRMATION HEARING WILL BE HELD ON JUNE 24, 2010 AT 9:30 A.M. IF THERE IS NOT AN AMENDED BALLOT REPORT, JUSTIFYING A CRAMDOWN, DUE TO NO ACCEPTANCE BY AN IMPAIRED CLASS.

IT IS CONFIRMED THAT THE DEBTOR IS DOWN ON THE TRUSTEE PAYMENTS.