**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24255

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jacob Christian Smith, Shiho Renee Miki<br>　　　　Debtors.<br><br>HSBC Mortgage Corporation (USA)<br><br>　　　　Movant,<br>　　vs.<br><br>Jacob Christian Smith, Shiho Renee Miki, Debtors;<br>US Trustee, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-20208-GBN<br><br>Chapter 11<br><br>ORDER CONTINUING HEARING<br><br>Hearing Date: 7/29/2010<br>Hearing Time: 2:00 PM |

Pursuant to Movant's Motion to Continue Hearing and for good cause appearing;

IT IS HEREBY ORDERED that the hearing scheduled for July 29, 2010 is hereby continued to September 9, 2010 at 2:00 p.m.