Nasser U. Abujbarah (026182)
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtor/Defendant*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

JACOB CHRISTIAN SMITH AND SHIHO RENEE MIKI,

Debtor.

In Proceedings Under

Chapter 11

Case No.: 2:09-bk-20208-GBN

**STIPULATED MOTION TO CONTINUE FINAL EVEDENTIARY HEARING ON PLAN CONFIRMATION**

Debtor, by and through undersigned counsel, and counsel for secured creditor HSBC, hereby request the Court to allow parties a 30 day continuance of the above numbered case. The final evidentiary hearing is currently set for September 9, 2010 at 2 a.m.

The outstanding issues in the case have not been completely resolved. Undersigned counsel would request the additional time so once in front of the Court, there are no outstanding issues.

RESPECTFULLY SUBMITTED this 9th day of August 2010.

**The Law Offices of Nasser U. Abujbarah**

/s/ Nasser U. Abujbarah

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Phoenix, Arizona 85257

/s/

Leonard McDonald, Attorney for
HSBC Mortgage Services, Inc.
Fka Household Financial Services, Inc.