**ORDERED ACCORDINGLY.**

Dated: January 21, 2011

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Nasser U. Abujbarah (026182)
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

JACOB SMITH and SHIHO RENEE MIKI,

Debtors.

In Proceedings Under

Chapter 11

Case No.: 2:09-bk-20208-GBN

**STIPULATED ORDER CONFIRMING CHAPTER 11 PLAN**

The Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by Debtor JACOB SMITH and SHIHO RENEE MIKI dated January 14, 2011, having been transmitted to creditors and equity security holders;

The Debtors' Plan of Reorganization shall be amended as follows to resolve any outstanding objections as follows:

With respect to **Class 2-B**, secured creditor HSBC (2432 South 86th Drive Tolleson, Arizona 85353), shall be paid in accordance with the stipulation approved by the Court (docket #102). Specifically, creditor will receive $120,000 at 5.25% interest with the balance due in full on April 1, 2035, the original maturity date of the note. Debtor will maintain property taxes and insurance. The remainder of the claim will be an allowed general unsecured claim.

With respect to **Class 2-C**, secured creditor Bank of America/Countrywide (3319 South 94th Drive Tolleson, Arizona 85353) shall receive $97,000 at 5.25% fully amortized over 30 years. There is a negative escrow balance of $2,398.73 which will be added to the new loan

1

balance for a total loan of $99,398.73. The escrow will remain in place. The remainder of the claim will be an allowed general unsecured claim.

With respect to **Class 2-D,** secured creditor Aurora (13002 West Windrose Drive, El Mirage, Arizona 85335) shall receive $73,000 at 5.5% fully amortized over 30 years. If the account is currently escrowed it will remain so. If not, Debtor will maintain insurance and taxes on the property.

With respect to **Classes 2-E and 2-F,** creditor PNC Bank, Successor to National City Bank shall be treated unsecured and the lien will be released when all payments are made under the plan and Debtors receive their discharge. More specifically the treatment can be found in stipulations entered into between the Debtor and the Bank and approved by the Court (Docket numbers 47 and 49).

With respect to **Class 3,** unsecured creditors (including the new unsecured debts created by the bifurcations in the plan) will receive a pro-rata share of **$2,374.50.**

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 USC § 1129(a) have been satisfied;

**IT IS ORDERED** that:

The Plan filed by Debtors Jacob Smith and Shiho Renee Miki on January 14, 2011 and modified herein is confirmed. The hearing set 3/17/11 at 9:30 is vacated.

SIGNED AND DATED ABOVE

Jessica Kenney
Attorney for Aurora Bank
7316 Emile Zola Property

Leonard McDonald
Attorney for HSBC

Leonard McDonald
Attorney for BAC/Countrywide

2